Certificate Number: 13858-GAN-DE-041360134

Bankruptcy Case Number: 26-40895

13858-GAN-DE-041360134

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 24, 2026, at 6:46 o'clock AM EDT, Davida Denise Willingham completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: August 24, 2026

By: /s/Chloe Reardon

Name: Chloe Reardon

Title: Counselor