**IT IS ORDERED as set forth below:**

**Date: September 28, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Davida Denise Willingham, | ) | CASE NO. 26-40895-bem |
| Debtor(s). | ) | CHAPTER 7 |
| | ) | |
| | ) | Chief Judge Barbara Ellis-Monro |
| Progress Residential Borrower 1, LLC | ) | |
| | ) | CONTESTED MATTER |
| Movant. | ) | |
| V. | ) | |
| Davida Denise Willingham, Debtor(s), | ) | |
| Tracey L. Montz, Trustee | ) | |
| Respondents. | ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On August 20, 2026, Progress Residential Borrower 1, LLC, (hereinafter, “Movant”)

filed a Motion For Relief From Automatic Stay (Doc. No. 21) (the "Motion"). The Motion concerns rented real property known as 121 Spring View Br, Dallas, GA 30157 (the "Property"). Within the Motion, proper notice – as asserted by Movant - of the opportunity to object and for hearing was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and no objection to the motion was filed prior to the objection deadline.

The Court, having considered the Motion and all other matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Based on the foregoing and pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property. Movant is not permitted to pursue any collection activities on any post-petition judgment as to property of the estate or any property that the Debtor has exempted under 11 U.S.C. s. 522(b).

**ORDERED** that the automatic stay of 11 U.S.C. s. 362(s) shall remain in effect to prohibit Movant from enforcing a personal judgment against the Debtor for any money due under the Lease.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

**Order presented by:**

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**
Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Tracey L. Montz
Suite 108-#406
2146 Roswell Road
Marietta, GA 30062
*Chapter 7 Trustee*

Jill E. Pope
J.P. Law
1100 Peachtree St, NE
Ste 200
Atlanta, GA 30309
*Debtor Counsel*

Davida Denise Willingham, Debtor
121 Spring View Br
Dallas, Georgia 30157