U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

**IT IS ORDERED as set forth below:**

**Date: November 4, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| DAVIDA DENISE WILLINGHAM | : | CASE NO. 26-40895-BEM |
| Debtor | : | |
| __ __ __ __ __ __ __ __ __ __ __ __ | : | |
| WELLS FARGO BANK, N.A., DBA WELLS FARGO AUTO | : | __ __ __ __ __ __ __ __ __ __ __ |
| | : | CONTESTED MATTER |
| Movant | : | |
| v. | : | |
| DAVIDA DENISE WILLINGHAM, Debtor; and TRACEY L. MONTZ, Trustee, | : | |
| Respondents | : | |

**<u>CONSENT ORDER</u>**

This matter is before the Court on the Motion for Relief filed by Wells Fargo Bank, N.A., dba Wells Fargo Auto (the "Movant") and set for hearing November 10, 2026. Movant claims it

has a security interest in the Debtor's 2020 Jeep Compass VIN 3C4NJDCB4LT244605 (the "Collateral"). Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion. The Debtor hereby consenting to the relief requested, and the Chapter 7 Trustee having no opposition to the relief requested,

IT IS HEREBY ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to the Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency Movant may amend its claim filed in this case. Rule 4001(a)(4) is waived.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON,
RUSSO & SMITH, P.C.
Attorneys for Movant
By: ____/S/_______________
Philip L. Rubin
Ga. State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com

CONSENTED TO:
Attorney for Debtor
By:_____/S/_____*with express permission*
Jill E Pope
Georgia State Bar No. 143189
Pope Law
1100 Peachtree St, NE
Ste 200
Atlanta, GA 30309
(678) 373-4253

NO OPPOSITION TO:
Chapter 7 Trustee

By:______/S/_____*with express permission*
Tracey L. Montz
2146 Roswell Road
Suite 108-#406
Marietta, GA 30062-3813
404-713-6472

**DISTRIBUTION LIST**

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason, Russo & Smith, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342

Davida Denise Willingham
121 Spring View Br.
Dallas, GA 30157

Jill E Pope
Pope Law
1100 Peachtree St, NE
Ste 200
Atlanta, GA 30309

Tracey L. Montz
Chapter 7 Trustee
2146 Roswell Road
Suite 108-#406
Marietta, GA 30062-3813