**IT IS ORDERED as set forth below:**

**Date: November 4, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE | CHAPTER 7 |
| DAVIDA DENISE WILLINGHAM | CASE NO. 26-40895-BEM |
| Debtor | |
| WELLS FARGO BANK, N.A., DBA WELLS FARGO AUTO | |
| Movant | CONTESTED MATTER |
| v. | |
| DAVIDA DENISE WILLINGHAM, Debtor; and TRACEY L. MONTZ, Trustee, | |
| Respondents | |

**CONSENT ORDER**

This matter is before the Court on the Motion for Relief filed by Wells Fargo Bank, N.A., dba Wells Fargo Auto (the "Movant") and set for hearing November 10, 2026. Movant claims it

has a security interest in the Debtor's 2020 Jeep Compass VIN 3C4NJDCB4LT244605 (the "Collateral"). Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion. The Debtor hereby consenting to the relief requested, and the Chapter 7 Trustee having no opposition to the relief requested,

IT IS HEREBY ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to the Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency Movant may amend its claim filed in this case. Rule 4001(a)(4) is waived.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON,
RUSSO & SMITH, P.C.
Attorneys for Movant
By: ____/S/______________
Philip L. Rubin
Ga. State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com

CONSENTED TO:
Attorney for Debtor
By:_____/S/_____*with express permission*
Jill E Pope
Georgia State Bar No. 143189
Pope Law
1100 Peachtree St, NE
Ste 200
Atlanta, GA 30309
(678) 373-4253

NO OPPOSITION TO:
Chapter 7 Trustee

By:______/S/_____*with express permission*
Tracey L. Montz
2146 Roswell Road
Suite 108-#406
Marietta, GA 30062-3813
404-713-6472

**DISTRIBUTION LIST**

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason, Russo & Smith, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342

Davida Denise Willingham
121 Spring View Br.
Dallas, GA 30157

Jill E Pope
Pope Law
1100 Peachtree St, NE
Ste 200
Atlanta, GA 30309

Tracey L. Montz
Chapter 7 Trustee
2146 Roswell Road
Suite 108-#406
Marietta, GA 30062-3813

United States Bankruptcy Court
Northern District of Georgia

In re: Davida Denise Willingham, Debtor — Case No. 26-40895-bem, Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-6 User: bncadmin Page 1 of 2
Date Rcvd: Nov 04, 2026 Form ID: pdf401 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Davida Denise Willingham, 121 Spring View Br., Dallas, GA 30157-8670 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Philip L. Rubin, Esq.&line_sep;Lefkoff, Rubin, Gle |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill E. Pope | on behalf of Debtor Davida Denise Willingham jill@jillpopelaw.com Pope.JillB130962@notify.bestcase.com;imjustjill@gmail.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 1 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Mechelle Montgomery-Bumpers | on behalf of Creditor Progress Residential ltcommunications@gshattorneys.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

| | |
|---|---|
| Philip L. Rubin | on behalf of Creditor Wells Fargo Bank N.A., dba Wells Fargo Auto prubin@lrglaw.com |
| Tracey L. Montz | tmontztrustee@gmail.com tlm@trustesolutions.net |

TOTAL: 6