**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Davida Denise Willingham**
121 Spring View Br.
Dallas, GA 30157

**xxx–xx–2051**

Case No.: **26–40895–bem**
Chapter: **7**
Judge: **Barbara Ellis–Monro**

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

Barbara Ellis–Monro
United States Bankruptcy Judge

Dated: November 19, 2026

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-40895-bem
Davida Denise Willingham Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6 User: bncadmin Page 1 of 3
Date Rcvd: Nov 19, 2026 Form ID: 182 Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Davida Denise Willingham, 121 Spring View Br., Dallas, GA 30157-8670 |
| cr | + | Progress Residential Borrower 1, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338, UNITED STATES 30338-4154 |
| 25916640 | | Direct Loans, PO Box 5609, Greenville, TX 75403-5609 |
| 25916641 | | Gas South, 501 Greene St, Augusta, GA 30901-4404 |
| 25916642 | | Gas South LLC, Wilmington, DE 19850 |
| 25916645 | + | Mohela/dofed, PO Box 300001, Greenville, TX 75403-3001 |
| 25916651 | + | Progress Residential Borrower 1, LLC, P.O. Box 451027, Atlanta, GA 31145-9027 |
| 25916655 | | SNHU, 6911 Topanga Canyon Blvd, Canoga Park, CA 91303-2316 |
| 25916657 | | TSI, Attn: Bankruptcy, PO Box 15130, Wilmington, DE 19850-5130 |
| 25916656 | | Transworld Systems Inc, Wilmington, DE 19850 |
| 25916661 | | World Finance Company of Georg, 306 Enterprise Dr, Oxford, MS 38655-2762 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FTLMONTZ.COM | Nov 20 2026 00:48:00 | Tracey L. Montz, Suite 108-#406, 2146 Roswell Road, Marietta, GA 30062-3815 |
| cr | | EDI: ATLASACQU | Nov 20 2026 00:45:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 25998054 | | EDI: ATLASACQU | Nov 20 2026 00:45:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 25916634 | | EDI: LCIICSYSTEM | Nov 20 2026 00:45:00 | ATT U-VERSE, PO Box 64378, Saint Paul, MN 55164-0378 |
| 25916636 | | Email/Text: bankruptcy@bmgmoney.com | Nov 19 2026 19:59:00 | Bmg Money, Attn: Bankruptcy, 444 Brickell Ave Ste 250, Miami, FL 33131-2404 |
| 25916635 | + | Email/Text: bankruptcy@bmgmoney.com | Nov 19 2026 19:59:00 | Bmg Money, 444 Brickell Ave, Miami, FL 33131-2404 |
| 25916637 | | EDI: PRA.COM | Nov 20 2026 00:48:00 | Capital One N.A., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 25916638 | + | Email/Text: compliance@contractcallers.com | Nov 19 2026 19:59:00 | Cci/Contract Callers Inc, Attn: Bankruptcy Dept, 501 Greene St Fl 3, Augusta, GA 30901-4415 |
| 25916639 | + | Email/Text: compliance@contractcallers.com | Nov 19 2026 19:59:00 | Contract Callers Inc, 501 Greene St, Augusta, GA 30901-4415 |
| 25916643 | | EDI: LCIICSYSTEM | Nov 20 2026 00:45:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 25916644 | | EDI: LCIICSYSTEM | Nov 20 2026 00:45:00 | Ic Systems, Inc, Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 25916646 | | Email/Text: EBN@Mohela.com | Nov 19 2026 19:58:00 | Mohela/dofed, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |

| | | | | |
|---|---|---|---|---|
| 25916648 | | EDI: PRA.COM | Nov 20 2026 00:48:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 25916647 | | EDI: PRA.COM | Nov 20 2026 00:48:00 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 25916652 | + | Email/Text: studentaccounts@secondalliance.com | Nov 19 2026 19:58:00 | Second Alliance Inc, 6911 Topanga Canyon Blvd, Canoga Park, CA 91303-2370 |
| 25916653 | | Email/Text: cs@securitycreditservicesllc.com | Nov 19 2026 19:58:00 | Security Credit Servic, 306 Enterprise Dr, Oxford, MS 38655-2762 |
| 25916654 | | Email/Text: cs@securitycreditservicesllc.com | Nov 19 2026 19:58:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 25916657 | | Email/Text: bankruptcydepartment@tsico.com | Nov 19 2026 19:59:00 | TSI, Attn: Bankruptcy, PO Box 15130, Wilmington, DE 19850-5130 |
| 25916658 | | Email/Text: EDBKNotices@ecmc.org | Nov 19 2026 19:57:00 | U S Dept of Ed/Gsl/Atl, PO Box 5609, Greenville, TX 75403-5609 |
| 25916659 | | Email/Text: edbknotices@ecmc.org | Nov 19 2026 19:58:00 | U.S. Department of Education, Attn: Bankruptcy, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 25916660 | | EDI: WFAUTO | Nov 20 2026 00:45:00 | Wfbna Auto, PO Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25916650 | | Alpharetta , GA 30022 |
| 25916649 | | Progress Residential, 2658 Holcomb Br. Rd suit 118 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill E. Pope | on behalf of Debtor Davida Denise Willingham jill@jillpopelaw.com Pope.JillB130962@notify.bestcase.com;imjustjill@gmail.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 1 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |

| | |
|---|---|
| Mechelle Montgomery-Bumpers | on behalf of Creditor Progress Residential ltcommunications@gshattorneys.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Philip L. Rubin | on behalf of Creditor Wells Fargo Bank N.A., dba Wells Fargo Auto prubin@lrglaw.com |
| Tracey L. Montz | tmontztrustee@gmail.com tlm@trustesolutions.net |

TOTAL: 6